IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

HALLMARK CARDS, INCORPORATED, )
)
       Plaintiff, )
)
v. )   Case No. 07-357-CV-W-ODS
)
MONITOR COMPANY GROUP )
LIMITED PARTNERSHIP, )
)
       Defendant. )

**ORDER GRANTING (1) JOINT MOTION FOR CONFIRMATION OF ARBITRATION AWARD AND (2) JOINT MOTION FOR PROTECTIVE ORDER**

     Before this Court is (1) the Joint Motion for Confirmation of Arbitration Award and (2) Joint Motion for Protective Order filed by plaintiff Hallmark Cards, Incorporated ("Hallmark") and Monitor Company Group Limited Partnership ("Monitor"). For the reasons set forth in the Joint Motions, and for good cause shown, it is hereby

     ORDERED that the parties' Joint Motion for Confirmation of Arbitration Award (Doc. # 1) is Granted. It is further

     ORDERED that, pursuant to 9 U.S.C. § 9, the Arbitration Award entered in the matter <u>Hallmark Cards, Incorporated v. Monitor Company Group Limited Partnership</u>, Case No. 57 181 00014 06 before the American Arbitration Association, is hereby confirmed. It is further

     ORDERED that, pursuant to 9 U.S.C. § 9, the Injunction entered in the matter <u>Hallmark Cards, Incorporated v. Monitor Company Group Limited Partnership</u>, Case No. 57 181 00014 06 before the American Arbitration Association, a copy of which is attached to this Order and incorporated by this reference, is hereby entered in this matter and shall have the same force and effect as if originally entered by this Court. It is further

ORDERED that the Joint Motion for Protective Order (Doc. # 2) is Granted. It is further

ORDERED that the Stipulated Protective Order Regarding Confidentiality previously adopted and entered by the Arbitrator in the matter of <u>Hallmark Cards, Incorporated v. Monitor Company Group Limited Partnership</u>, Case No. 57 18100014 06 before the American Arbitration Association, a copy of which is attached to this Order and incorporated by this reference, is hereby adopted and entered in this matter and shall have the same force and effect as if originally entered by this Court.

IT IS SO ORDERED.

|  |  |
|---|---|
| DATE: May 18, 2007 | /s/ <u>Ortrie D. Smith</u><br>ORTRIE D. SMITH, JUDGE<br>UNITED STATES DISTRICT COURT |