IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| HALLMARK CARDS, INCORPORATED, | ) | |
|---|---|---|
| | ) | |
| | ) | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-0357-CV-W-ODS |
| | ) | |
| MONITOR COMPANY GROUP LIMITED PARTNERSHIP, | ) ) | |
| | ) | |
| Defendant. | ) | |

\_\_\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_     **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

     **IT IS ORDERED AND ADJUDGED** granting Joint Motion for Confirmation of Arbitration.

                                            PATRICIA L. BRUNE, Clerk

DATE: 05/18/2007                         _/s/_____
                                                     Eva Will-Fees