IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

HALLMARK CARDS, INCORPORATED, )
)
      Plaintiff, )
)
v. ) Case No. 07-357-CV-W-ODS
)
MONITOR COMPANY GROUP )
LIMTED PARTNERSHIP, )
)
      Defendant. )

**PLAINTIFF'S MOTION FOR ORDER OF CIVIL CONTEMPT AND SANCTIONS
AGAINST MONITOR COMPANY GROUP LIMITED PARTNERSHIP
<u>FOR FAILURE TO COMPLY WITH THE INJUNCTION</u>**

Plaintiff Hallmark Cards, Incorporated ("Hallmark") respectfully moves the Court to (1) hold defendant Monitor Company Group Limited Partnership ("Monitor") in contempt for failing to comply with this Court's May 18, 2007 Order adopting the injunction entered by the Arbitrator in <u>Hallmark Cards, Incorporated v. Monitor Group Limited Partnership</u>, Case No. 57 181 00014 06 before the American Arbitration Association (the "Order" or "Injunction"); (2) impose monetary sanctions on Monitor for its spoliation of key evidence and failure to comply with the Injunction, including ongoing sanctions sufficient to compel its compliance with the Injunction; (3) award attorneys' fees incurred by Hallmark as a result of Monitor's actions in failing to comply with the Injunction; (4) establish deadlines for compliance with the terms of the Injunction; and (5) and order Monitor to preserve evidence it discovers even if removed from Monitor's active computer systems.

Plaintiff's Suggestions in Support of this motion are filed contemporaneously with this motion and are incorporated herein by reference.

Respectfully Submitted,

ROUSE HENDRICKS GERMAN MAY PC

By    s/ Charles W. German
      Charles W. German    MO # 26534
      Daniel E. Blegen     MO # 47276
      1010 Walnut Street, Suite 400
      Kansas City, MO 64106
      Tele: (816) 471-7700
      Fax: (816) 471-2221
      Email: charleyg@rhgm.com
      Email: danb@rhgm.com

STINSON MORRISON HECKER LLP
      John C. Aisenbrey    MO #31907
      1201 Walnut Street, Suite 2800
      Kansas City, MO 64106
      Tele: (816) 842-8600
      Fax: (816) 412-0997
      Email: jaisenbrey@stinson.com

ATTORNEYS FOR HALLMARK CARDS, INCORPORATED

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was served electronically through the CM/ECF system on this 22nd day of June, 2009, upon the following counsel of record:

Laura Steinberg
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109

Robert A. Henderson
Russell S. Jones, Jr.
Jennifer Gille Bacon
William Quirk
Polsinelli Shughart PC
120 West 12th Street
Kansas City, MO 64105

      s/ Charles W. German
      Attorney for Hallmark Cards, Incorporated