# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| HALLMARK CARDS, INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>MONITOR COMPANY GROUP LIMITED PARTNERSHIP,<br><br>    Defendant. | Case No. 07-0357-CV-W-ODS |

## ORDER MODIFYING INJUNCTION AND ORDERS

Before the Court is Defendant Monitor Company Group Limited Partnership ("Monitor") Assented-to Motion to Modify Injunction and Orders. For the reasons stated in the Motion, for good cause shown, and Plaintiff Hallmark Cards, Incorporated having assented to the Motion, it is hereby ORDERED:

Monitor's Motion to Modify is granted. The Injunction dated May 18, 2007 and the Court's Orders dated November 20, 2009 and April 29, 2010, which, among other things, established a deadline of January 31, 2011 for completion of Monitor's obligations under the Injunction, are hereby amended as follows:

Monitor shall complete all of its obligations under the Injunction by March 31, 2011.

    a.    Notwithstanding the deadline of March 31, 2011 for Monitor to complete all of its obligations under the Injunction, Monitor shall complete the following tasks by January 31, 2011:

i. Monitor shall complete an initial scan of the electronic files of all custodians.

ii. Monitor shall complete an initial review of the electronic files of all custodians still employed at Monitor, and production of all "true hit" documents required under the Injunction for all such custodians.

iii. Monitor shall complete an initial remediation, rescan, and re-review of the electronic files of all custodians still employed at Monitor whose initial scan revealed true hits, including production of any "true hits" discovered during the re-review process.

iv. Monitor shall complete the physical searches of the offices of all individuals identified through the electronic search process as having true hits.

b. The deadline for completion of all other obligations under the Injunction shall be March 31, 2011, including but not limited to the following:

i. Review of the electronic files of all exited custodians in the 85% of post-September 10, 2007 hires.

ii. Remediation of any true hits identified through the rescan and re-review process described in section (b)(iii) above;

iii. Rescans and re-reviews of the electronic files of any custodians whose second or successive scans revealed true hits, including production of any additional true hits discovered during the rescans;

iv.     Wiping of unallocated space for any custodians who are required

                   to have second or successive scans;

           v.      Production of a final log of false hit documents; and

           vi.     Reasonable efforts to accomplish the retrieval and/or destruction of

                   any documents containing Hallmark Data whose transmission

                   outside Monitor is discovered during second or successive reviews

                   that take place after January 31, 2011.


IT IS SO ORDERED.


                                                    /s/ Ortrie D. Smith
                                                    ORTRIE D. SMITH, JUDGE
DATE: January 19, 2011                              UNITED STATES DISTRICT COURT

3